

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00751-CV

**IN RE R.P. III**, N.J.P., L.M.P., T.J.P., and D.D.P., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02162
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED January 30, 2019.

Sandee Bryan Marion
_____
Sandee Bryan Marion, Chief Justice